EX PARTE Willie ELDRIDGE

CR-14-0189

Court of Criminal Appeals of Alabama.

02/04/2015

Mand. pet. dismissed

Xavier JETT

v.

STATE

CR-14-0197

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

EX PARTE Richard CHAYARATH

CR-14-0202

Court of Criminal Appeals of Alabama.

02/02/2015

Mand. pet. dismissed

H.S.R.

v.

STATE

CR-14-0203

Court of Criminal Appeals of Alabama.

02/19/2015

Transferred to Randolph Cir. Ct.

James Derril McCRAY

v.

STATE

CR-14-0207

Court of Criminal Appeals of Alabama.

02/24/2015

Dismissed

